```
 1  Perry J. Woodward (Bar No. 183876)
    David B. Draper (Bar No. 107790)
 2  Martin D. Dioli (Bar No. 172775)
    TERRA LAW LLP
 3  177 Park Avenue, Third Floor
    San Jose, California 95113
 4  (408) 299-1200
    (408) 998-4895 fax
 5
    Attorneys for Defendant
 6  Pegasus Wireless Corporation
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, Individually And On Behalf of All Others Similarly Situated, ,<br><br>Plaintiff,<br><br>vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND and ALEX TSAO<br><br>Defendants. | Case No. C 06 6969 MHP<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

Plaintiff, Michael Mitchell, by and through his attorneys, Schubert & Reed LLP and Defendant, Pegasus Wireless Corporation, by and through its attorneys, Terra Law LLP, hereby stipulate that Pegasus Wireless Corporation shall have to and including February 1, 2007 to file a response to the complaint.

Dated: November 28, 2006

Schubert & Reed LLP

By _____
Willem Jonckheer
Attorneys for Plaintiff Michael Mitchell

Dated: November 28, 2006

Terra Law LLP

By _____
David B. Draper
Attorneys for Defendant
Pegasus Wireless Corporation

IT IS SO ORDERED
Judge Marilyn H. Patel
12/1/06

#1146628

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT