Perry J. Woodward (Bar No. 183876)
David B. Draper (Bar No. 107790)
Martin D. Dioli (Bar No. 172775)
TERRA LAW LLP
60 South Market Street, Suite 200
San Jose, California 95113
(408) 288-7325

Attorneys for Plaintiff
Defendant Pegasus Wireless Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, Individually And On Behalf of All Others Similarly Situated, ,<br><br>Plaintiff,<br><br>vs.<br><br>PEGAUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND and ALEX TSAO<br><br>Defendants. | Case No. C 06 6969 MHP<br><br>[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

Having considered motion of Defendant PEGASUS WIRELESS CORPORATION ("Defendant") for an extension of time to respond to the complaint, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant does not have to respond to the complaint at this time nor to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

IT IS FURTHER ORDERED that Defendant shall respond to a consolidated complaint (or the complaint designated as the operative complaint) within thirty (30) days after service (or notice or designation), unless otherwise agreed upon by the parties.

Dated: ~~January~~ Feb. 1, 2007

_____
United States District Judge

#1147412

1

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT