| | |
|---|---|
| SCHUBERT & REED LLP<br>Juden Justice Reed (S.B.N. 153748)<br>jreed@schubert-reed.com<br>Three Embarcadero Center, Ste. 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Proposed Liaison Counsel for Proposed Lead Plaintiffs and the Class, Counsel for Michael Mitchell**<br><br>Brower Piven, A Professional Corporation<br>David A.P. Brower<br>488 Madison Ave., 8th Fl.<br>New York, NY 10022<br>Telephone: (212) 501-9000<br>**Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class, Counsel for Michael Mitchell** | KAHN GAUTHIER SWICK, LLC<br>Lewis S. Kahn<br>lewis.kahn@kgscounsel.com<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Telephone: (504) 455-1400<br>Fax: (504) 455-1498<br>-and-<br>Michael A. Swick<br>michael.swick@kgscounsel.com<br>Kim E. Miller (S.B.N. 178370)<br>kim.miller@kgscounsel.com<br>114 E. 39th St.<br>New York, NY 10016<br>Telephone: 914-723-0619<br>Fax: (504) 455-1400<br>**Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class, Counsel for Michael Mitchell** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND and ALEX TSAO,<br>Defendants. | No. 06-cv-6969 (MHP)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES**<br><br>Hon. Marilyn H. Patel |

Page 1

1  WHEREAS Plaintiff Michael Mitchell filed this securities fraud class action on November 7, 2006 and Plaintiff Kathleen Murphy file a related action No. 06-cv-7955 (MMC);

3  WHEREAS the Order Setting Initial Case Management Conference lists March 19, 2007 as the deadline to file initial disclosures, the Case Management Conference Statement and the Rule 26(f) Report and sets March 26, 2007 as the date for the Initial Case Management Conference, while ADR Deadlines required the filing of ADR certification on March 5, 2007;

7  WHEREAS competing lead plaintiff and lead counsel motions were filed January 8, 2007 and argued before the Court on February 26, 2007, but no order has yet been entered pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B)(v) awarding control of the consolidated actions to particular plaintiffs and their counsel;

11  WHEREAS the Court ordered on February 1, 2007 that defendants do not have to respond to the current complaint and have 30 days to respond to a consolidated complaint or a complaint that is designated as the operative complaint;

14  WHEREAS the parties believe that it would be inefficient to hold a case management conference before designation of a lead plaintiff and a lead counsel and provide initial disclosures while discovery is stayed pursuant to 15 U.S.C. § 78u-4(b)(3)(B);

17  THEREFORE, the parties hereby stipulate, and request the Court to order that:

18  1.  The initial case management conference scheduled for March 26, 2007 is continued to a mutually agreeable time after the Court rules on the competing lead plaintiff and lead counsel motions.

21  2.  The deadlines governing ADR certification, initial disclosures, and the Rule 26(f) report are continued until those deadlines can be discussed and/or reset at the initial case management conference.

DATED:  March 19, 2007

SCHUBERT & REED LLP

By: _____
ROBERT C. SCHUBERT
JUDEN JUSTICE REED
WILLEM F. JONCKHEER
AARON H. DARSKY

Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff Mitchell*

DATED: March 19, 2007                TERRA LAW LLP


By: _____
DAVID B. DRAPER
177 Park Avenue, 3rd Floor
San Jose, California 94113
Telephone: (408) 299-1200

*Counsel for Pegasus Wireless Corporation.*


\*    \*    \*


ORDER

Based upon the stipulation of the parties, and good cause appearing, the Initial Case Management Conference is hereby continued from March 26, 2007 to a mutually agreeable time to be set after the Court rules on the competing lead plaintiff and lead counsel motions and the deadlines governing ADR certification, initial disclosures, and the Rule 26(f) report are continued until those deadlines can be discussed and/or reset at the initial case management conference.


Date:  March 20, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff Mitchell*

DATED: March 19, 2007        TERRA LAW LLP

By: _____
DAVID B. DRAPER
177 Park Avenue, 3rd Floor
San Jose, California 95113
Telephone: (408) 299-1200

*Counsel for Pegasus Wireless Corporation.*

\* \* \*

## ORDER

Based upon the stipulation of the parties, and good cause appearing, the Initial Case Management Conference is hereby continued from March 26, 2007 to a mutually agreeable time to be set after the Court rules on the competing lead plaintiff and lead counsel motions and the deadlines governing ADR certification, initial disclosures, and the Rule 26(f) report are continued until those deadlines can be discussed and/or reset at the initial case management conference.

Date: _____

_____
United States District Judge