UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, and ALEX TSAO,<br><br>Defendants. | [~~PROPOSED~~] ORDER CONSOLIDATING ACTIONS<br><br>CIVIL ACTION NO. 3:06-CV-6969-MHP<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING ACTIONS

| | | |
|---|---|---|
| 1 | VASILIOS POURNARAS, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | ) CIVIL ACTION NO. 3:07-CV-04600-MHP |
| 5 | vs. | ) ) |
| 6 | PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, ALEX TSAO, CASPAR LEE, JERRY SHIH, NICHOLAS PERATICOS, WILLIAM HORN, EDWARD CELANO, MICHAEL EATON, ERIC LUTZ, and DOUGLAS HIRSCH, | ) CLASS ACTION |
| | Defendants. | |
| 16 | KATHLEEN MURPHY, Individually And On Behalf of All Others Similarly Situated, | |
| 17 | | ) CIVIL ACTION NO. 3:06-CV-07955-MHP |
| 18 | Plaintiff, | |
| 19 | vs. | ) CLASS ACTION |
| 20 | PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, and ALEX TSAO, | |
| 22 | Defendants. | |

[PROPOSED] ORDER CONSOLIDATING ACTIONS

Having considered the motion of the Pournaras Group to consolidate all related actions, and good cause appearing therefore, the following actions are hereby consolidated for all purposes, pursuant to Fed. R. Civ. Pro. 42:

1. *Mitchell v. Pegasus et al.*, 3:06-CV-06969-MHP
2. *Pournaras v. Pegasus et al.*, 3:07-CV-04600-MHP
3. *Murphy v. Pegasus et al.*, 3:06-CV-07955-MHP

Subsequent filings in these consolidated actions shall bear the caption In Re Pegasus Wireless Corporation Securities Litigation, 3:06-CV-06969-MHP.

Any later filed related action is hereby consolidated with these cases.

DATED: September 24, 2007      SO ORDERED:

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONSOLIDATING ACTIONS