Juden Justice Reed (SBN 62684)
SCHUBERT & REED LLP
Three Embarcadero Center, Ste. 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Fax: (415) 788-0161
Email: jreed@schubert-reed.com

*Proposed Local Counsel*

Kim E. Miller (SBN 178370)
KAHN GAUTHIER SWICK, LLC
12 E. 41st St., Ste. 1200
New York, New York 10017
Tel: (212) 696-3730
Fax: (504) 455-1498
E-mail: kim.miller@kgscounsel.com

*Proposed Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND and ALEX TSAO,<br><br>Defendants. | Master File No.: 3-06-CV-6969 (MHP)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL<br><br>**Honorable Marilyn Hall Patel** |

STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
CASE NO: 3-06-CV-6969 MHP

WHEREAS, Section 21D of the Private Securities Litigation Reform Act of 1995 ("PSLRA") provides that in securities class actions, courts "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members," 15 U.S.C. § 78u-4(a)(3)(B)(i);

WHEREAS, in accordance with the PSLRA, the "most adequate plaintiff" is the movant who "filed the complaint or made a motion in response," "has the largest financial interest in the relief sought by the class," and "satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure," 15 U.S.C. § 78u-4(a)(3)(B)(iiii)(I);

WHEREAS, courts have assessed a movant's "financial interest" through an examination of several factors including but not limited to: "(1) the number of shares purchased during the class period; (2) the number of net shares purchased during the class period; (3) the total net funds expended during the class period; and (4) the approximate losses suffered." *Pirelli Armstrong Tire Corp. v. LaBranche & Co., Inc.*, No. 03 Civ. 8264, 2004 WL 1179311, at *7 (S.D.N.Y. May 27, 2004) (quoting *Lax v. First Merchants Acceptance Corp.*, 1997 WL 461036, at *5 (N.D.Ill. Aug. 11, 1997));

WHEREAS, the Pournaras Group and the Vertical Group each timely moved for appointment as Lead Plaintiff;

WHEREAS, the Pournaras Group estimated its total losses at $1,174,677.61;

WHEREAS, the Vertical Group estimated its total losses at $466,632.85;

WHEREAS, the Vertical Group, through counsel, has withdrawn its motion for appointment as lead plaintiff (the Vertical Group is willing to serve as additional class representatives as necessary);

WHEREAS, the Pournaras Group is the only remaining lead plaintiff movant, has the largest financial interest of all movants, and has met the adequacy and typicality requirements of Rule 23;

WHEREAS, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the lead plaintiff shall, subject to Court approval, select and retain counsel to represent the Class and, Lead Plaintiff, the Pournaras

STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
CASE NO: 3-06-CV-6969 MHP                          - 1 -

Group, has selected the law firm of Kahn Gauthier Swick, LLC ("KGS"), which has substantial experience in the prosecution of shareholder and securities class actions;

IT IS HEREBY ORDERED, the Pournaras Group is appointed Lead Plaintiff in the consolidated action, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA; and it is further

ORDERED that the Court approves the selection of the law firm of KGS as Lead Counsel for the Class, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

Dated: August ____, 2007

Respectfully submitted,

KAHN GAUTHIER SWICK, LLC

SCHATZ NOBEL IZARD, PC

By /s/ Kim E. Miller
Kim E. Miller (SBN 178370)
12 East 41St Street, 12th Floor
New York, New York 10017
(212) 696-3730 (phone)
(504) 455-1498 (fax)

By /s/ Mark Kindall w/permission
Mark P. Kindall (SBN 138703)
20 Church Street, Suite 1700
Hartford, Connecticut 06103
(860) 493-6292 (phone)
(860) 493-6290 (fax)

*Proposed Lead Counsel for Lead Plaintiff and the Class*

*Additional Counsel for Plaintiffs*

BROWER PIVEN, a Professional Corporation

SCHUBERT & REED LLP

By /s/ David A.P. Brower w/permission
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, NY 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

By /s/ Juden Justice Reed w/ permission
Juden Justice Reed (SBN 62684)
Three Embarcadero Center, Ste. 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Fax: (415) 788-0161

*Additional Counsel for Plaintiffs*

*Proposed* IT IS SO ORDERED

9/24/07

UNITED STATES DISTRICT JUDGE

DATE

STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
CASE NO: 3-06-CV-6969 MHP                                  - 2 -