UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PEGASUS WIRELESS CORPORATION SECURITIES LITIGATION | [~~PROPOSED~~] **ORDER TRANSFERRING CONSOLIDATED ACTION TO THE SOUTHERN DISTRICT OF FLORIDA**<br><br>CIVIL ACTION NO. 3:06-CV-6969-MHP<br><br>CLASS ACTION |

[PROPOSED] ORDER TRANSFERRING CONSOLIDATED ACTION TO THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| 1 | VASILIOS POURNARAS, Individually And On Behalf of All Others Similarly Situated, | ) ) ) |
| 2 | | ) |
| 3 | | ) |
| 4 | Plaintiff, | ) CIVIL ACTION NO. 3:07-CV-04600-MHP |
| 5 | vs. | ) ) CLASS ACTION |
| 6 | PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, ALEX TSAO, CASPAR LEE, JERRY SHIH, NICHOLAS PERATICOS, WILLIAM HORN, EDWARD CELANO, MICHAEL EATON, ERIC LUTZ, and DOUGLAS HIRSCH, | ) |
| 7 | | ) |
| 8 | | ) |
| 9 | | ) |
| 10 | | ) |
| 11 | Defendants. | ) |
| 16 | KATHLEEN MURPHY, Individually And On Behalf of All Others Similarly Situated, | ) |
| 17 | | ) |
| 18 | Plaintiff, | ) CIVIL ACTION NO. 3:06-CV-07955-MHP |
| 19 | vs. | ) |
| 20 | PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, and ALEX TSAO, | ) CLASS ACTION |
| 21 | | ) |
| 22 | Defendants. | ) |

[PROPOSED] ORDER TRANSFERRING CONSOLIDATED ACTION TO THE SOUTHERN DISTRICT OF FLORIDA

1   For the convenience of parties and witnesses, and in the interest of justice, pursuant to 28
2   U.S.C. § 1404, this case is hereby transferred to the Southern District of Florida, West Palm Beach
3   Division.

6   DATED: September 24, 2007    SO ORDERED:

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TRANSFERRING CONSOLIDATED ACTION TO THE SOUTHERN DISTRICT OF FLORIDA